**IT IS ORDERED as set forth below:**

**Date: December 18, 2025**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE:<br><br>**3120 THE BANK LLC,**<br><br>Debtor. | **CHAPTER 11**<br><br><br>**CASE NO. 25-55050-BEM** |
|---|---|

### ORDER DISMISSING CASE

This matter came before the Court on December 16, 2025, on the United States Trustee's *Motion to Dismiss or Convert Case* (Dkt. No. 26) (the "Motion to Dismiss"). Alan Hinderleider appeared on behalf of the United States Trustee at the call of the calendar. No party appeared to oppose dismissal of Debtor's case. The Court, having reviewed the Motion to Dismiss and the record in this case, finds cause to grant the unopposed relief requested by the United States Trustee. Accordingly, it is

**ORDERED** that the Motion to Dismiss is **GRANTED** and Debtor's case is **DISMISSED**.

**[END OF DOCUMENT]**

Order prepared and submitted by:

_____/s/_____
Alan Hinderleider
Georgia Bar No. 938543
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4464
Alan.Hinderleider@usdoj.gov

**DISTRIBUTION LIST**

3120 The Bank LLC
3120 Donald Lee Hollowell Pkwy
Atlanta, GA 30318

Gregory T Bailey
Gregory T. Bailey & Law Associates
5682 Palazzo Way, Suite 101
Douglasville, GA 30134

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building,
75 Ted Turner Drive, S.W.

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-55050-bem |
| 3120 The Bank LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Dec 18, 2025 | Form ID: pdf403 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 3120 The Bank LLC, 3120 Donald Lee Hollowell Pkwy, Atlanta, GA 30318-4408 |
| 25261315 | | CINTAS, PO BOX 735633, Chicago, IL 60673-5633 |
| 25261316 | + | Exigo Management LLC, 3121 Silver Hill Ter, Atlanta, GA 30316-6710 |
| 25261317 | | HALPERNS' STEAK & SEAFOOD, PO BOX 84943, Chicago, IL 60689-4943 |
| 25261318 | + | PINNACLE BANK, A TENNESSEE BAN, 1331 SPRING STREET NW STE 1400, WOMBLE BOND DICKINSON, Atlanta, GA 30309-5157 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ahochheiser@mauricewutscher.com | Dec 18 2025 20:40:00 | AmTrust North America, Inc. on behalf of Wesco Ins, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 25611033 | + | Email/Text: ahochheiser@mauricewutscher.com | Dec 18 2025 20:40:00 | AmTrust North America, Inc. on behalf of, Wesco Insurance Company, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 25287689 | + | Email/Text: stephen.malkiewicz@cintas.com | Dec 18 2025 20:40:00 | Cintas Corporation, c/o Steve Malkiewicz, Bankruptcy Counsel, 6800 Cintas Blvd, Mason, OH 45040-9151 |
| 25296244 | | Email/Text: commercialbankruptcy@everonsolutions.com | Dec 18 2025 20:40:00 | Everon, LLC, 4221 W John Carpenter Fwy, Irving, TX 75063 |
| 25272529 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2025 20:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25261319 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Dec 18 2025 20:41:00 | US FOODS, 7950 SPENCE ROAD, Fairburn, GA 30213-2907 |
| 25284521 | + | Email/Text: arbankruptcy@uline.com | Dec 18 2025 20:41:00 | Uline, 12575 Uline Dr, Pleasant Prairie, WI 53158-3686 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Dec 18, 2025 | Form ID: pdf403 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee Office of the United States Trustee Alan.Hinderleider@usdoj.gov |
| Alan C. Hochheiser | on behalf of Creditor AmTrust North America Inc. on behalf of Wesco Insurance Company ahochheiser@mauricewutscher.com |
| Arthur A. Ebbs | on behalf of Creditor Pinnacle Bank Arthur.Ebbs@wbd-us.com Lynda.Daugherty@wbd-us.com |
| David S. Weidenbaum | on behalf of U.S. Trustee Office of the United States Trustee david.s.weidenbaum@usdoj.gov |
| Gregory T Bailey | on behalf of Debtor 3120 The Bank LLC attygregtbailey@msn.com attorney@gtblegal.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Paul J Morochnik | on behalf of Creditor G&G Closed Circuit Events LLC paul@morochnik.com carol@morochnik.com |

TOTAL: 7